# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Elmer Alfredo ALVAREZ-LEAL | ) | Case No. |
|  | ) | 6:25-mj- 1330 |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

*Complainant's signature*

Steven Lee, Border Patrol Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 4/8/2025

City and state: Orlando, FL

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

STATE OF FLORIDA                               CASE NO. 6:25-mj- 1330

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Steven Lee, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.      I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since August 23, 2010. I am currently assigned to the Orlando, Florida U.S. Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 19, 21 and 18 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2.      The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a) Illegal Re-entry into The United States.

3. On March 26, 2025, the Brevard County Sherriff's Office (BCSO) contacted the Orlando Border Patrol Station in reference to the defendant Elmer Alfredo ALVAREZ-LEAL. ALVAREZ-LEAL was a passenger in a car that was pulled over by BCSO for traffic investigation. When ALVAREZ-LEAL provided identification on March 26, 2025, it was discovered that he was likely not lawfully in the United States. During BCSO's investigation, officers gathered personal identifying information (name, date of birth, place of birth, etc.) from ALVAREZ-LEAL. This information was then shared with CBP.

4. CBP record checks on ALVAREZ-LEAL's biographical information confirmed that he is a citizen and national of Guatemala with no lawful immigration status in the United States. ALVAREZ-LEAL has an alien file, under his unique alien number, containing all his immigration history. Fingerprints in that file match the processed fingerprints of ALVAREZ-LEAL conducted at the Brevard County Jail.

5. Documents in the alien file show that ALVAREZ-LEAL was arrested by Border Patrol on March 16, 2018, and was ordered deported/removed from the United States to Guatemala by a Designated Official on March 17, 2018. ALVAREZ-LEAL was then physically deported/removed from the United States to Guatemala on April 9, 2018, through El Paso, Texas. There is no record of ALVAREZ-LEAL ever applying to the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security for permission to re-enter the United States after ALVAREZ-LEAL prior deportation/removal.

6. Based on the foregoing, I believe that there is probable cause that Elmer Alfredo ALVAREZ-LEAL was deported and removed from the United States and entered or was found to be voluntarily in the United States thereafter, in violation of 8 U.S.C. § 1326(a). Therefore, I respectfully request that the Court issue the attached criminal complaint charging Elmer Alfredo ALVAREZ-LEAL with the aforementioned federal offense.

This concludes my Affidavit.

_____
Steven Lee
Border Patrol Agent

Affidavit submitted by email and attested to me as true and accurate via telephone or video conference, consistent with Fed. R. Crim. P. 4.1 and 4(d)(3), before me this __8th__ day of April, 2025.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE